**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARIA J. SOTOMAYOR,

    Plaintiff,

v.                                      Case No. 6:20-cv-2056-WWB-LHP

LIBERTY MUTUAL INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

    The Court has been advised by Plaintiff's Notice of Tentative Settlement that the above-styled action has been completely settled. (Doc. 53 at 1).

    Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

    **DONE AND ORDERED** at Orlando, Florida on October 5, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record